**Order entered October 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00563-CV

## CRESTOR GLOBAL INVESTMENTS DELAWARE LLC, LLC, Appellant

## V.

## WILLMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF COLONY AMERICAN FINANCE 2015-1 MORTGAGE-BACKED NOTES, CHRISTOPHER CHAUVIN, INDIVIDUALLY, ET AL., Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-01477

## ORDER

Before the Court is appellees' October 23, 2019 second unopposed motion to extend time to file their response brief. Appellees request a seven-day extension. We **GRANT** the motion and extend the time to November 1, 2019.

/s/    ERIN A. NOWELL
JUSTICE